# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

## THE DUE PROCESS PROTECTION ACT
## DISCOVERY ORDER

An initial appearance or other proceeding has been held in this case. In accordance with Rule 5 (as amended on Oct. 21, 2020), the Government is ordered to turn over Brady and Giglio evidence promptly to the defense.  Failure to do so may result in serious consequences, which may include the imposition of severe disciplinary action (including sanctions or contempt) against the responsible AUSA; adverse jury instructions; exclusion of evidence; and/or dismissal of charges.

_____
**Karen L. Hayes**
**U.S. Magistrate Judge**