UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:21-cr-00016-01 |
| | * | |
| VERSUS | * | DISTRICT JUDGE DOUGHTY |
| | * | |
| LEE UNDERWOOD, JR. (01) | * | MAGISTRATE JUDGE MCCLUSKY |

FACTUAL BASIS

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters as the basis for the Defendant pleading guilty to Counts 2 and 3 of the Superseding Indictment:

On November 20, 2020, law enforcement executed an arrest warrant for LEE UNDERWOOD, JR. at his home in ~~Okaloosa~~ Eros, Louisiana. During a protective sweep, agents observed a firearm and drug paraphernalia on a nightstand in UNDERWOOD's bedroom. Agents therefore obtained a search warrant for the residence.

During the execution of the search warrant, agents recovered two loaded firearms – a Firefly pistol, Model: GSG, caliber: 22 and a CVA rifle, Model: Elite Stalker, caliber: .~~X~~ .35 Whalen – from UNDERWOOD's bedroom. Agents also seized methamphetamine from UNDERWOOD's bedroom, bathroom, and vehicle. The methamphetamine was in individually packaged baggies, and there were also unused baggies in UNDERWOOD's bedroom. According to the lab reports, the amount of

1

"actual" or "pure" methamphetamine recovered from these locations totaled no more than 28 grams.

The above-described facts do not represent the totality of the evidence obtained in this case. However, the parties signing below agree and stipulate that the above facts establish UNDERWOOD's guilt beyond a reasonable doubt to Counts 2 and 3 of the Superseding Indictment.

Signed this 28 day of April, 2021.

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
LEE UNDERWOOD, JR.

_____
JESSICA D. CASSIDY
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600

_____
MICHAEL L. DUBOS
Attorney for Defendant